AARON M. CLEFTON, Esq.  (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C
#336
Alameda, CA 94501
Telephone:  510/832-5001
info@cleftonlaw.com

Attorneys for Plaintiff
ELIZABETH CHAVEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CHAVEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>CLUB RODEO RIO, INC; VAKILIKI P. KOURETAS (TE); BESSIE VAKILIKI KOURETAS (TE),<br><br>          Defendants. | Case No. 5:25-cv-00918-NC<br><br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: January 28, 2025 |

## **STIPULATION**

        Plaintiff ELIZABETH CHAVEZ ("Plaintiff") and Defendants CLUB RODEO RIO, INC;

VAKILIKI P. KOURETAS (TE); BESSIE VAKILIKI KOURETAS (TE) ("Defendants") –

Plaintiff and Defendants together the "Parties" – hereby stipulate and request that pursuant to

Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with

prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: December 2, 2025                    CLEFTON DISABILITY LAW


                                         _____/s/ Aaron M. Clefton_____
                                         By:  AARON M. CLEFTON, ESQ.
                                         Attorneys for Plaintiff
                                          ELIZABETH CHAVEZ

1  Dated: December 1, 2025                    LAW OFFICES OF CHRIS NGUYEN

2

3                                                  ____*/s/ Chris Nguyen*_____
                                                   By: CHRIS NGUYEN, Esq.
4                                                  Attorneys for Defendant
                                                   CLUB RODEO RIO, INC.
5

6  Dated: December 1, 2025                    MATTEONI, O'LAUGHLIN & HECHTMAN

7

8                                                  ____*/s/ Bradley M. Matteoni*_____
                                                   By: BRADLEY M. MATTEONI, Esq.
                                                   Attorneys for Defendants
9                                                  VASILKI P. KOURETAS (TE) aka BESSIE
                                                   VASILIKI KOURETAS (TE)
10

11                              **FILER'S ATTESTATION**

12          Pursuant to Local Rule 5-1, I hereby attest that on December 1, 2025, I, Aaron Clefton,

13  attorney with Clefton Disability Law, received the concurrence of Chris Nguyen, Esq. and

14  Bradley M. Matteoni, Esq. in the filing of this document.

15

16                                                 */s/ Aaron Clefton*
                                                   Aaron Clefton
17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: December 2, 2025



_____
Honorable Nathaneal Cousins
U.S. Magistrate Judge